## TOLEY ENGEBRETSEN v. BESSIE MAE ENGEBRETSEN

18 So. (2nd) 250
May 19, 1944
Rehearing Denied June 12, 1944

January Term, 1944
En Banc

*Liddon & Fee, Arthur R. Clonts* and *Michael G. Littman,* for appellant.

*C. D. Abbott,* for appellee.

PER CURIAM:

Decree affirmed.

TERRELL, BROWN, CHAPMAN, THOMAS and SEBRING, JJ., concur.

BUFORD, C. J., dissents in part.

ADAMS, J., not participating.